David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5504 S. Fort Apache Road
Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com

Attorney for Plaintiff
*Eduardo Wade*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO WADE,<br><br>    Plaintiff(s),<br><br>vs.<br><br>AMERICAN EXPRESS,<br><br>    Defendant(s). | Case No.: 2:22-cv-01158-GMN-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT AMERICAN EXPRESS TO ANSWER COMPLAINT**<br><br>**(First Request)** |

The current deadline for American Express ("AMEX") to respond to the Complaint is August 12, 2022. Plaintiff's counsel has been in communication with AMEX's general counsel (not licensed in Nevada) and AMEX has requested, and Plaintiff has agreed, to extend the deadline to and including September 12, 2022 to Plaintiff's Complaint. The purpose of the extension is to allow time for AMEX

-1-

to locate the relevant files, explore possible early settlement and retain local counsel.  The request for an extension is made in good faith and not for the purposes of delay.

Dated: July 29, 2022.

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road
Suite 200
Las Vegas, Nevada 89148
***Attorneys for Plaintiff***

**ORDER GRANTING EXTENSION OF TIME**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 8-1-2022